# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 556 EAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| INGRAM MOORE, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of June, 2019, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by Petitioner, are:

      a. Did the lower court abuse its discretion by turning the State Writ of Habeas Corpus into a PCRA petition, then time barring the petition?

      b. Does the Superior Court panel's opinion in question conflict with another Superior Court panel on the same legal question of PCRA cognizability?

The Prothonotary is directed to forward this order and the underlying Petition for Allowance of Appeal to the *pro bono* coordinator for possible selection of counsel to represent Petitioner for purposes of the appeal.